# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-682
Lower Tribunal Nos. CS#2001203463, 13180023717FC

————————

## Gary Langan Goodenow, Jr.,
Appellant,

vs.

## Department of Revenue, Child Support Program, et al.,
Appellees.

An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Gary L. Goodenow, Sr., for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein (Tallahassee), Senior Assistant Attorney General, for appellee Department of Revenue.

Before EMAS, C.J., and LOGUE and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 409.2563, Fla. Stat. (2020); § 120.54(5)(a), Fla. Stat. (2020); <u>Hernandez v. Guerra</u>, 230 So. 3d 514 (Fla. 3d DCA 2017) (providing that an appellate court reviews an administrative child support order for competent substantial evidence).